Opinion issued May 24, 2007



 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00584-CV

____________


BILL RUSSELL AND SHERRI RUSSELL, Appellants


V.


ALLSTATE TEXAS LLOYDS INSURANCE COMPANY, Appellee






On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 05-65283







MEMORANDUM OPINION

 The Court today considered the motion to dismiss this appeal filed by
appellants, Bill Russell and Sherri Russell. Appellants' motion is granted and this
appeal is dismissed. Tex. R. App. P. 42.1(a). The Clerk is directed to issue mandate
immediately. Tex. R. App. P. 18.1.


PER CURIAM



Panel consists of Justices Nuchia, Hanks, and Bland.